[No. 10686–1–III.  Division Three.  June 25, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN E. PERENCEVIC, *Appellant.*

Appeal from a judgment of the Superior Court for Grant County, No. 89–1–00262–3, Evan E. Sperline, J., entered March 9, 1990. *Affirmed in part* and *reversed in part* by unpublished opinion per Thompson, J., concurred in by Green, C.J., and Shields, J.

[No. 10536–9–III.  Division Three.  June 25, 1991.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT EDSON, *Appellant.*

Appeal from a judgment of the Superior Court for Okanogan County, No. 89–8–00157–1, David S. Edwards, J. Pro Tem., entered December 20, 1989. *Reversed* by unpublished opinion per Munson, J., concurred in by Green, C.J., and Thompson, J.

[No. 13456–0–II.  Division Two.  June 26, 1991.]

THE STATE OF WASHINGTON, *Appellant*, v. SCOTT McMULLIN, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 89–1–03106–1, E. Albert Morrison, J., entered December 21, 1989. *Reversed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Morgan, J.